IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIBOR BELA KARSAI,

    Plaintiff,                        No. CIV S-04-0456 FCD KJM P

    vs.

PLACER COUNTY SHERIFF DEPARTMENT, et al.,

    Defendants.                <u>ORDER</u>

       Plaintiff, has been civilly committed to a state hospital and is proceeding pro se. He has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On May 13, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 13, 205, are adopted in full; and

2. Plaintiff's complaint is dismissed.

DATED: June 23, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge